

# REEVES McEWING
## —LLP—

LISA REEVES
reeves@lawofsea.com
Reply To: Philadelphia

1004 S. Front Street
Philadelphia, PA 19147
Telephone: 267-324-3773
Facsimile: 267-519-9463

December 13, 2019

*Via ECF*

The Honorable Renee M. Bumb
USDC, District of New Jersey
Mitchell H. Cohen Bldg.
400 Cooper Street
Camden, NJ 08102

    RE:    Owenxpress, LLC v. XPO Logistics Freight, Inc., et al.
            Case Number: 1:19-cv-20754

Dear Judge Bumb:

In accordance with your Order dated December 2, 2019, Plaintiff respectfully requests that this action be transferred to the District of Delaware.

Respectfully,

/s/Mary E. Reeves
MARY E. REEVES

MER/ccn

**SO ORDERED this** 16th **day of** December **20** 19

_____
**United States District Judge**
Renée Marie Bumb

WWW.LAWOFSEA.COM

New Jersey Office: 10 Andrews Lane, PO Box 599 ▪ Dorchester, NJ 08316 ▪ Telephone: 609-846-4717